UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DANIEL CARLOS LUSITANDE YAIGUAJE *et al.*,

                Plaintiffs,              CASE NO. 1:10-cv-0316-LBS

  – against –                                 ECF CASE

CHEVRON CORPORATION; and        **NOTICE OF APPEARANCE**
TEXACO PETROLEUM COMPANY,

                Defendants.
----------------------------------------------------------------x

        PLEASE TAKE NOTICE that Steven Donziger **(SD 5700)** of LAW OFFICES OF STEVEN R. DONZIGER hereby appears as counsel for PLAINTIFFS in the above referenced action and requests that all papers filed through the ECF system be served upon him by e-mail.

Dated: New York, New York
       March 9, 2010

                                              By:    _____/s/_____
                                                    Steven Donziger (SD 5700)

                                              LAW OFFICES OF STEVEN R.
                                              DONZIGER

                                              245 W. 104th St., #7D
                                              New York, New York 10025
                                              (212) 570-4499

                                              *Attorneys for PLAINTIFFS*